**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALIETTE DEL VALLE,<br><br>Plaintiff,<br>vs.<br><br>HIMS & HERS HEALTH INC.,<br><br>Defendant. | CASE NO. ________________________ |

## NOTICE OF REMOVAL

Defendant, Hims & Hers Health, Inc. ("Defendant" or "Hims") hereby removes this case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 on the basis of the following facts, which show that this case may be properly removed to this Court[1]:

## PROCEDURAL HISTORY

1. Hims has been sued in a civil action entitled *Aliette Del Valle v. Hims & Hers Health, Inc.*, Case No.: 2026-004935-CA-01, in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. Plaintiff Aliette Del Valle ("Plaintiff") filed her Complaint on or about March 10, 2026. A true and correct copy of the Complaint is attached hereto as **Exhibit A**. Based on an extension of time agreed to by Plaintiff, the current deadline for Hims to respond to the Complaint is May 26, 2026.

---

[1] Hims reserves all rights to assert any and all defenses to the Complaint. Hims further reserves the right to amend or supplement this Notice of Removal.

3. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders in this action on file with the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, are attached hereto as **Exhibit B**.

## VENUE AND JURISDICTION

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 89(c), 1391, 1441(a), and 1446(a) because the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where the Complaint was filed, is a state court within the Southern District of Florida.

5. As set forth more fully below, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331.

6. All other requirements for removal here have been satisfied.

## BASES FOR REMOVAL

### I. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1331.

7. The Court has original jurisdiction over this action, and the action may be removed to this Court, because the two claims asserted in Plaintiff's Complaint arise under the laws of the United States—specifically, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 and 47 C.F.R. § 64.1200.

8. Plaintiff's TCPA claims—the only claims asserted in the Complaint—fall within the federal question jurisdiction of this Court under 28 U.S.C. § 1331, and therefore removal of this action is proper under 28 U.S.C. §§ 1441(a) and 1446(a).

### II. ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED.

9. The Notice of Removal is timely filed within 30 days after the receipt by Hims, through service or otherwise, of a copy of the Complaint. Hims was served with the Complaint on

April 20, 2026. Hims's deadline to remove is May 20, 2026. *See* 28 U.S.C. § 1446(b)(1). Hims thus timely files this Notice of Removal.

10. Pursuant to the requirements of 28 U.S.C § 1446(b)(2)(A), Hims is the only defendant named in the Complaint and it consents to removal by filing this Notice of Removal.

11. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be served by the undersigned on the Plaintiff's counsel of record, and a copy of the Notice of Removal will be filed with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

12. By filing this Notice of Removal, Hims reserves, and does not waive, any available defenses, including those under Rule 12 of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be construed as a waiver or relinquishment of any available defense.

13. If any question arises as to the propriety of removal to this Court, then Hims requests the opportunity to submit a brief in support of its position that this case has been properly removed.

## CONCLUSION

14. For all the reasons stated, this action is removable to this Court pursuant to 28 U.S.C. §§ 1441, and 1446, and this Court may exercise jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331.

WHEREFORE, Defendant Hims gives notice that the action bearing case number Case No.: 2026-004935-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is removed to the United States District Court for the Southern District of Florida, and requests that the Court retain jurisdiction for all further proceedings in this matter.

Dated May 18, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone, Esq. (FBN 029234)
E-Mail: jmcloone@shb.com
Daria J. Abinader (FBN 1049460)
E-Mail: dabinader@shb.com
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131-4310
T: 305.358.5171 | F: 305.358.7470

***Counsel for Hims & Hers Health, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Jennifer A. McLoone*
Jennifer A. McLoone

## SERVICE LIST

Rena A. Lerner, Esq.
E-Mail: rena@jibraellaw.com
Mitchell D. Hansen, Esq.
E-Mail: mitchell@jibraellaw.com
Zane C. Hedaya, Esq.
E-Mail: zane@jibraellaw.com
Gerarld D. Lane, Jr., Esq.
E-Mail: gerald@jibraellaw.com
**THE LAW OFFICES OF JIBRAEL S. HINDI**
1515 NE 26th Street
Wilton Manors, Florida 33305
T: 813-340-8838

***Counsel for Plaintiff***

**Served via E-Mail**